```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

JOADIN ESPINAL RODRIGUEZ,

                    Defendant.

------------------------------------------------------------- X

23-CR-494 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 25, 2024, a Superseding Indictment was unsealed as to Defendant, *see* Dkt. 87; and

    WHEREAS Defendant was arrested and was arraigned before Magistrate Judge Barbara C. Moses that same day, *see* Dkts. 90–91;

    IT IS HEREBY ORDERED the parties must appear for an initial conference on **Friday, December 6, 2024, at 11:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: November 26, 2024**
**New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**