USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :     23-CR-494 (VEC)
        -against-                   :
                                    :     ORDER
JOADIN ESPINAL RODRIGUEZ,           :
                                    :
                     Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 6, 2024, the Court ordered the parties to appear for a status conference on Thursday, January 16, 2025, *see* Dkt. 94; and

   WHEREAS the Undersigned's Courtroom has changed;

   IT IS HEREBY ORDERED that the status conference scheduled for **Thursday, January 16, 2025, at 10:30 A.M.** will now take place in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date:  January 13, 2025
New York, NY

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**