```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA              :
                                               :        23-CR-494 (VEC)
           -against-                      :
                                             :        <u>ORDER</u>
  JOADIN ESPINAL RODRIGUEZ,           :
                                             :
                          Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 6, 2024, the Court ordered the parties to appear for a status conference on January 16, 2025, *see* Dkt. 94;

      WHEREAS by reports dated December 30, 2024, and January 15, 2025, Pretrial Services informed the Court of Defendant's repeated failures to comply with the curfew requirements of his pretrial release;

      WHEREAS the Government moved to revoke Defendant's bail, *see* Dkt. 99; and

      WHEREAS on January 16, 2025, the parties appeared before the Court for a status conference and bail review hearing, where Defendant indicated that he planned to file a motion to suppress evidence;

      IT IS HEREBY ORDERED that any pretrial motions are due by **Friday, February 7, 2025**. Responses to any pretrial motions are due **Friday, February 28, 2025**, and reply papers, if any, are due **Friday March 7, 2025**.

      IT IS FURTHER ORDERED that if either party plans to introduce expert testimony at trial, expert disclosures must be made by **Friday, February 7, 2025**.

      IT IS FURTHER ORDERED that trial in this case is scheduled to begin on **Monday, March 24, 2025, at 10:00 A.M.** The parties' motions *in limine* are due by **Friday, February 28, 2025**, and responses to the motions *in limine* are due by **Friday, March 14, 2025**. *Voir dire* submissions and requests to charge are due **Friday, March 7, 2025**.

IT IS FURTHER ORDERED that the parties must appear for a final pretrial conference on **Thursday, March 20, 2025, at 2:30 P.M.** in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the Government's motion to revoke Defendant's bail is DENIED.  Defendant's conditions of pretrial release are hereby modified to prohibit him from leaving his residence between the hours of 7:00 P.M. and 7:00 A.M.  As the Court stated at the January 16 status conference, if Defendant violates any condition of his pretrial release again, the Court is highly likely to order him remanded into custody.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Dkt. 99.

**SO ORDERED.**

**Date:  January 16, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**