```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :          23-CR-494 (VEC)
        -against-                       :
                                        :              ORDER
                                        :
JOADIN ESPINAL RODRIGUEZ,               :
                                        :
                        Defendant.      :
                                        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 11, 2025, the parties requested that the Court schedule a change-of-plea hearing because the Government and Defendant reached an agreement on a pretrial disposition in this matter, *see* Dkt. 103;

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Tuesday, February 18, 2025, at 3:00 P.M.**  The change-of-plea proceeding will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date:  February 11, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**