**SHER TREMONTE LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2025
```

February 14, 2025

**FILED VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


MEMO ENDORSED

    *Re:* *United States v. Joadin Espinal Rodriguez*
      Case No. 23 Cr. 494 (VEC)

Dear Judge Caproni:

    We represent Joadin Espinal Rodriguez, a defendant in the above-referenced action. The defense respectfully requests permission for Ms. Gans, the appointed associate on the matter, to appear as lead counsel in the upcoming change of plea hearing scheduled for February 18, 2025, as Mr. Biale will be out of town. We have conferred with Mr. Espinal Rodriguez who has no objection to Ms. Gans appearing on his behalf for the hearing.

        Respectfully submitted,

        */s/ Noam Biale*

        Noam Biale
        Courtney Gans

cc: All counsel (by ECF)

> Application GRANTED. Ms. Gans may appear as lead counsel at Defendant's change-of-plea hearing.
>
> SO ORDERED.
>
> *[signature]*  2/14/2025
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156