USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA  :
  :  23-CR-494 (VEC)
  -against-  :
  :  ORDER
JOADIN ESPINAL RODRIGUEZ,  :
  :
            Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 18, 2025, the parties appeared before the Court for a change-of-plea hearing; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED that Defendant's sentencing will take place on **Wednesday, June 18, 2025, at 10:30 A.M.** The sentencing will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007. The parties' sentencing submissions are due by **Wednesday, June 4, 2025**.

IT IS FURTHER ORDERED that all other deadlines, conferences, and trial dates are ADJOURNED *sine die*.

**SO ORDERED.**

**Date: February 18, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**