```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA                  :
                                                        :      23-CR-494 (VEC)
          -against-                             :
                                                        :      <u>ORDER</u>
   JOADIN ESPINAL RODRIGUEZ,               :
                                                        :
                         Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Pretrial Services requested a bail review hearing to address Defendant Joadin Espinal Rodriguez's noncompliance with the conditions of his release;

      WHEREAS the Court scheduled a bail review hearing for July 30, 2025, at 10:00 A.M.; and

      WHEREAS defense counsel is not available at that time;

      IT IS HEREBY ORDERED that the bail review hearing scheduled for Wednesday, July 30, 2025, at 10:00 A.M. is ADJOURNED to **Friday, August 1, 2025, at 10:30 A.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: July 23, 2025**
**New York, NY**
                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**