**SHER TREMONTE LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025
```

September 8, 2025

**FILED VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



> *Re:   United States v. Joadin Espinal Rodriguez*
> Case No. 23 Cr. 494 (VEC)

Dear Judge Caproni:

      We represent Joadin Espinal Rodriguez, a defendant in the above-referenced action. We write to respectfully request an adjournment of Mr. Espinal Rodriguez's sentencing submission, currently due September 23, 2025, and his sentencing hearing, currently scheduled for October 7, 2025 at 3:30 P.M., to a date convenient for the Court on or after **December 1, 2025**.

      This adjournment is requested because the defense's neuropsychologist expert requires additional time for further testing and evaluation of Mr. Espinal Rodriguez in connection with sentencing submission. Specifically, the expert has recently recommended that Mr. Espinal Rodriguez undergo MRI testing of his brain to facilitate her evaluation and diagnostic assessment. Because of the difficulties with scheduling medical testing and treatment with the MDC, the defense requests this adjournment to ensure it has ample time to schedule and coordinate transport of Mr. Espinal Rodriguez with the facility. Thus, an adjournment would assist the defense in coordinating with the MDC in connection with further testing of Mr. Espinal Rodriguez, reviewing the expert's report, gathering additional records, and completing our work on his sentencing submission.

      This is the defense's third adjournment request of Mr. Espinal Rodriguez's sentencing hearing. The undersigned have conferred with the government which does not oppose this request.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

                                                           */s/ Noam Biale*

                                                           Noam Biale
                                                           Courtney Gans

cc:     All counsel (by ECF)

---

Application GRANTED.  Defendant's sentencing is ADJOURNED from Tuesday, October 7, 2025, at 3:30 P.M. to **Tuesday, December 2, 2025, at 10:30 A.M.**  The parties' deadline to file sentencing submissions is ADJOURNED from Tuesday, September 23, 2025, to **Tuesday, November 18, 2025**.

SO ORDERED.

*[signature]*       9/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE