USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
                -against-                :     23-CR-494 (VEC)
:
JOADIN ESPINAL RODRIGUEZ,                :     ORDER
                        Defendant.       :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 14, 2025, Defendant submitted a letter motion requesting that the Court issue an order directing the MDC to schedule an MRI of Defendant's brain "as soon as practicable," *see* Dkt. 131;

WHEREAS on October 15, 2025, the Court directed Defendant to provide additional information regarding the medical necessity of the requested MRI and permitting the Defendant to provide such information under seal for in camera review, as necessary, *see* Dkt. 132; and

WHEREAS on October 27, 2025, Defendant submitted to the Court an *ex parte* letter withdrawing Defendant's request for the Court to order an MRI;

IT IS HEREBY ORDERED that the Clerk of Court terminate the open motion at Dkt. 131.

**SO ORDERED.**

Date:  October 28, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**